USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-24-21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :     No. 01 Cr. 257 (JFK)
                                    :
GINO BRUNETTI,                      :     **ORDER**
                                    :
                    Defendant.      :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The Government is directed to file its response to Defendant Gino Brunetti's <u>pro se</u> motion for compassionate release, (ECF No. 309), by no later than March 10, 2021. The Government is further directed to mail a copy of its response to Brunetti at that time. Brunetti shall have 30 days from the date on which he is served with the Government's opposition to file a response. Absent further order, the motion will be considered fully submitted as of that date.

The Court will mail a copy of this Order to Brunetti today.

**SO ORDERED.**

Dated:  New York, New York
        February 24, 2021

_____
John F. Keenan
United States District Judge