USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: June 8, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA  :

    -against-  :    No. 01 Cr. 257 (JFK)

GINO BRUNETTI a/k/a Herbert  :    **ORDER**
Alberto Cruz-Ruiz,  :

          Defendant.  :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    Defendant Gino Brunetti's letter request for appointment of counsel is DENIED. The Court will mail a copy of this Order to Brunetti today.

**SO ORDERED.**

Dated:  New York, New York
       June 8, 2021

                                      John F. Keenan
                               United States District Judge