```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-20-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA          :
                                  :
        -against-                 :    No. 01 Cr. 257 (JFK)
                                  :
GINO BRUNETTI a/k/a Herbert       :         **ORDER**
Alberto Cruz-Ruiz,                :
                                  :
                    Defendant.    :
----------------------------------X

**JOHN F. KEENAN**, United States District Judge:

The Government is directed to file a response to Defendant Gino Brunetti's renewed pro se motion for compassionate release, (ECF No. 321), by no later than November 17, 2021, and to mail a copy to Brunetti at that time. Brunetti shall have 30 days from the date on which he receives the Government's response to file a reply, if any. Absent further order, Brunetti's renewed motion will be considered fully submitted as of that date.

The Court will mail a copy of this Order to Brunetti today.

**SO ORDERED.**

Dated:  New York, New York
        October 20, 2021

                                    _____
                                         John F. Keenan
                                    United States District Judge

1