UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
NOV 17 2021
S.D.N.Y.

————————————————X

UNITED STATES OF AMERICA,

    -vs-

GINO BRUNETTI, a/a Herbert Alberto
    Cruz-Ruiz,

        Defendant.

————————————————X

Case No. 01 Cr. 257

Hon. John F. Keenan
United States District
Judge

## MOTION FOR EXTENSION OF TIME

I, Herbert Alberto Cruz-Ruiz, defendant in this matter (identified in this proceeding as "Gino Brunetti"), proceeding *pro se*, herewith respectfully move for an extension of time to reply to the Government's November 2, 2021, letter in opposition (Dkt.323) to my *Renewed Motion for Compassionate Release*, Dkt.321.

1.    I only received a copy of letter on November 8, 2021. I ask that a date for reply be set for Thursday, November 18, 2021, to give me time to prepare a response.

3.    Grant of this extension will neither inconvenience the Court nor prejudice the Government. Providing this modest extension is a matter of fundamental fairness and serves the public interest in a complete record. Good cause for grant of this extension has been shown.

WHEREFORE, this *Motion* should be granted, and I should be permitted to reply to the Government's *Response* on or before Thursday, November 23 (JFK), 2021. The statements made herein are true, under penalty of perjury.

November 8, 2021

_____
Herbert Alberto Cruz-Ruiz
Reg. 86932-012
FCI Coleman Medium
P.O. Box 1032
Coleman, FL 33521

```
The Defendant's request for an
extension of time to file his reply
to the Government's letter in
opposition is GRANTED.  Any reply
filed by the Defendant on or before
November 23, 2021 will be considered
timely.
```

**SO ORDERED.**
Dated: New York, New York
       November 17, 2021

_____
John F. Keenan
United States District Judge

2